# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Maurice Edward Rubin,                                                  Civil No. 05-919 (RHK/RLE)

                       Petitioner,                                             **ORDER**

vs.

Dean Mooney, Director of the
Minnesota Sex Offender Program,

                       Defendant.

_____

       Petitioner has filed timely Objections to the February 15, 2006 Report and Recommendation of Chief Magistrate Judge Raymond L. Erickson. Judge Erickson has recommended that Petitioner's Application for Habeas Corpus Relief under 28 U.S.C. § 2254 be dismissed with prejudice.

       The undersigned has conducted a de novo review of Petitioner's Objections and the Report and Recommendation. That review demonstrates that Judge Erickson's recommended dismissal of the Petition is warranted by existing legal authority; the review also satisfies the undersigned that Judge Erickson's factual recitation is fully supported by the record before him.

       Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

     1. Petitioner's Objections (Doc. No. 10) are **OVERRULED**;

     2. The Report and Recommendation (Doc. No. 9) is **ADOPTED**; and

3.  Petitioner's application for Habeas Corpus Relief under Title 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: March 14, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge